YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No. (702) 385-3001
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>vs. <br><br>ANTOINE GARDNER, <br><br>Defendant. | Case No.   2:22-CR-164-JAD-BNW <br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION** |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney; by and through Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America and Mace J. Yampolsky, Esq., counsel for Defendant Antoine Gardner that:

1. Defendant Antoine Gardner's conditions of pre-trial release and supervision shall be modified so that he may be permitted to travel to the State of Louisiana from September 13, 2022 through September 19, 2022 to attend a funeral.

2. Defendant Antoine Gardner's conditions of pre-trial release and supervision shall be further modified so as to permit him to travel within the Eastern District of California.

3. Defendant's Pretrial Services Officer, Samira Barlow, has no opposition to these modifications so long as Defendant checks in with his Pretrial Services Officer in the State of California prior to his departure, and upon his return.

///
///
///
///

4. Defendant will continue to be subject to any and all prohibition(s) of her pre-trial release.

DATED this 1st day of September, 2022.

JASON M. FRIERSON, United States Attorney

   /s/  *Randolph J. St. Clair*
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

   /s/  *Mace J. Yampolsky, Esq.*
MACE J. YAMPOLSKY, ESQ.
Counsel for Defendant

## ORDER

IT IS THEREFORE ORDERED that:

1. Defendant Antoine Gardner's conditions of pre-trial release and supervision shall be modified so that he may be permitted to travel to the State of Louisiana from September 13, 2022 through September 19, 2022 to attend a funeral.

2. Defendant Antoine Gardner's conditions of pre-trial release and supervision shall be further modified so as to permit him to travel within the Eastern District of California.

3. Defendant shall check in with his Pretrial Services Officer in the State of California prior to his departure, and upon his return.

4. Defendant Antoine Gardner will continue to be subject to any and all prohibition(s) of his pre-trial release.

U.S. MAGISTRATE JUDGE

Dated: September 6, 2022