UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE GARDNER,<br><br>Defendant. | Case No. 2:22-cr-00164-JAD-BNW<br><br>**ORDER** |

Pending before the Court is the Motion to Modify Conditions of Pretrial Release and Supervision (ECF No. 31).  Defendant's Motion states Defendant conferred with Pretrial Services regarding the request to modify conditions of pretrial release and supervision.  Defendant does not indicate whether he has conferred with the Assistant U.S. Attorney regarding the request.

Accordingly, IT IS HEREBY ORDERED that Defendant must confer with the Assistant U.S. Attorney assigned to this matter, file a supplement indicating he has done so, and state in the supplement whether the Assistant U.S. Attorney has any objection to Defendant's request.  Upon receipt of this information, the Court will rule on Defendant's Motion.

Dated this 15th day of November, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE