YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTOINE GARDNER, <br><br> Defendant. | Case No.   2:22-CR-164-JAD-BNW <br><br> **MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION** |

Antoine Gardner is currently on pretrial release. Mr. Gardner is requesting permission to travel to Fresno for a quarterly business meeting from June 3, 2023 through June 5, 2023. The meeting starts at 10:00 a.m. on June 4, 2023, but he is leaving one day early so he could ensure he is there early. Mr. Gardner plans on reporting to pre-trial services in the morning of June 3, 2023 to get tested and again on June 5, 2023 in the morning when he returns.

It should be noted that both AUSA Randolph J. St. Clair and Sr. U.S. Pretrial Services Officer Samira Barlow have no objection to this request.

DATED this 16th day of May, 2023.

/s/ Mace J. Yampolsky, Esq.
MACE J. YAMPOLSKY, ESQ.
Counsel for Defendant

1

## **ORDER**

Based upon the foregoing, and good cause appearing, it is hereby ordered that the pretrial travel restrictions exclusively be temporarily suspended for the time period of June 3, 2023 through June 5, 2023.

_____
U.S. MAGISTRATE JUDGE

Dated: May 22, 2023