YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.   2:22-CR-164-JAD-BNW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION** |
| ANTOINE GARDNER, | ) | |
| Defendant. | ) | |

    Antoine Gardner is currently on pretrial release. Mr. Gardner is requesting permission to travel to Durham, North Carolina to visit family from August 3, 2023 through August 6, 2023. He will be arriving at Raleigh-Durham International Airport. Mr. Gardner will be staying at Hampton Inn, Raleigh-Durham, 1010 Airport Blvd, Morrisville, North Carolina.

    It should be noted that AUSA Randolph J. St. Clair will defer to the Court and Pretrial Services. Sr. U.S. Pretrial Services Officer Samira Barlow has no objection to this request.

    DATED this 26th day of July, 2023.

                                                      /s/  *Mace J. Yampolsky, Esq.*
                                                      MACE J. YAMPOLSKY, ESQ.
                                                      Counsel for Defendant

## ORDER

Based upon the foregoing, and good cause appearing, IT IS HEREBY ORDERED that the Motion to Modify Conditions of Pretrial Release and Supervision (ECF No. 48) is GRANTED; provided, however, Defendant provides Pretrial Services with airline information for his departure and return to Las Vegas, and that Defendant confirms his return to Las Vegas with his supervising officers no later than 9:00 a.m. on August 7, 2023.

_____
U.S. MAGISTRATE JUDGE

Dated: July 26, 2023