UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00164-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ANTOINE GARDNER, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Modify Conditions of Pretrial Release and Supervision. ECF No. 53. The Motion states U.S. Pretrial Services has no objection to the request. No response was filed by the United States.

Accordingly, IT IS HEREBY ORDERED that the Motion to Modify Conditions of Pretrial Release and Supervision (ECF No. 53) is GRANTED.

Dated this 28th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1