RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Charlene Denise Turner

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>         v.<br><br>TURNER ET AL,<br><br>                 Defendant. | Case No. 2:22-cr-00164-JAD-BNW<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Charlene Denise Turner, and Mace J. Yampolsky, counsel for Antoine Gardner that the pretrial motion deadlines currently due on July 12, 2023, be vacated and continued to June 17, 2024.

The Stipulation is entered into for the following reasons:

1. The parties recently filed a stipulation to continue the trial in this matter to July 30, 2024, ECF No. 57, which the Court granted, ECF No. 58.

2. The parties neglected to include the pretrial motions deadline in the stipulation. The pretrial motions deadline was set for July 12, 2023. ECF No. 46.

3. As such, the parties are requesting that the pretrial motions deadline be reset to the June 17, 2024.

4. The defendants are out of custody and do not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested is not sought for purposes of delay, but to allow all counsel sufficient opportunity to effectively investigate and litigate pretrial motions in this case.

This is the third stipulation to continue pretrial motions filed herein.

DATED: January 9, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender |    */s/ Randolph J. St. Clair*<br>By_____<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |
|    */s/ Mace J. Yampolsky*<br>By_____<br>MACE J. YAMPOLSKY<br>Counsel for Antoine Gardner | |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TURNER ET AL,<br><br>　　　　Defendant. | Case No. 2:22-cr-00164-JAD-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties recently filed a stipulation to continue the trial in this matter to July 30, 2024, ECF No. 57, which the Court granted, ECF No. 58.

2. The parties neglected to include the pretrial motions deadline in the stipulation. The pretrial motions deadline was set for July 12, 2023. ECF No. 46.

3. As such, the parties are requesting that the pretrial motions deadline be reset to the June 17, 2024.

4. The defendants are out of custody and do not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested is not sought for purposes of delay, but to allow all counsel sufficient opportunity to effectively investigate and litigate pretrial motions in this case.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including June 17, 2024 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including July 1, 2024 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including July 8, 2024 to file any and all replies.

DATED this 10th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE