JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: 775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-cr-00164-JAD-BNW |
| Plaintiff, | |
| vs. | **Stipulation to Extend Response Deadline to Defendant's Motion To Dismiss [ECF No. 65]** |
| CHARLENE DENISE TURNER, | (First Request) |
| and | |
| ANTOINE GARDNER, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, RENE L. VALLADARES, Federal Public Defender, JOANNE L. DIAMOND, Assistant Federal Public Defender, counsel for defendant CHARLENE TURNER, and MACE J. YAMPOLSKY, ESQ., counsel for defendant ANTOINE GARDNER, to extend the deadline for the Government's Response to Defendant's Motion to Dismiss [ECF No. 65] from June 20, 2024, to June 28, 2024.

The parties stipulate, subject to the Court's approval, that the Government's Response to Defendants' Motion to Dismiss [ECF No. 65] is due on June 28, 2024. The parties further stipulate that the defendants shall have until July 12, 2024, to file any Reply to the Response. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

This is the parties' first request for an extension.

DATED: June 18, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for Plaintiff | */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender<br>Counsel for Charlene Turner |
| | */s/ Mace J. Yampolsky*<br>MACE J. YAMPOLSKY, ESQ.<br>Counsel for Antoine Gardner |

**IT IS SO ORDERED.**

**HONORABLE BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 20, 2024