MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
Hend erson, Nevada 89101
(702)807-5777
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.    2:22-CR-164-JAD-BNW |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION** |
| ANTOINE GARDNER, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Sue Fahami, ,acting United States Attorney; by and through Robert Knief, Assistant United States Attorney, counsel for the United States of America and Mace J. Yampolsky, Esq., counsel for Defendant Antoine Gardner that:

1. Defendant Antoine Gardner's conditions of pre-trial release and supervision shall be modified so that he may be permitted to go on a cruise from May 1-6 to the Mexican Riviera, leaving from Long Beach CA and returning to Long Beach CA..

2. Defendant's Pretrial Services Officers, Samira Barlow and Brad Wilson have no opposition to these modifications so long as Defendant checks in with his Pretrial Services Officer in the State of California prior to his departure, and upon his return.

3. Defendant will continue to be subject to any and all prohibition(s) of her pre-trial release.

DATED this 26th day of February, 2025.

SUE FAHIMI, Acting United States Attorney

 /s/ *Robert Knief*
ROBERT KNIEF
Assistant United States Attorney

 /s/ *Mace J. Yampolsky, Esq.*
MACE J. YAMPOLSKY, ESQ.
Counsel for Defendant

1

## ORDER

IT IS THEREFORE ORDERED that:

1. Defendant Antoine Gardner's conditions of pre-trial release and supervision shall be modified so that he may be permitted to go on a cruise from May 1-6 to the Mexican Riviera, leaving from Long Beach CA and returning to Long Beach CA...

2. Defendant shall check in with his Pretrial Services Officer in the State of California prior to his departure, and upon his return.

3. Defendant Antoine Gardner will continue to be subject to any and all conditions(s) of his pre-trial release.

_____
U.S. MAGISTRATE JUDGE

dATE: February 28, 2025